# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| JESSICA DANIELLE WILSON,<br><br>Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY<br>COMPANY, LLC,<br><br>Defendant. | Case No. 2:17-cv-14169-LJM-RSW<br><br>Honorable Judge Laurie J. Michelson |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JESSICA DANIELLE WILSON, and the Defendant, ENHANCED RECOVERY COMPANY, LLC, through their respective counsel that the above-captioned action is dismissed with prejudice, against , ENHANCED RECOVERY COMPANY, LLC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: March 1, 2019                    Respectfully Submitted,

JESSICA DANIELLE WILSON        ENHANCED RECOVERY
                                                       COMPANY, LLC


/s/ Nathan C. Volheim                    /s/ Larissa G. Nefulda
Nathan C. Volheim                         Larissa G. Nefulda, Admitted Pro Hac Vice
*Counsel for Plaintiff*                      *Counsel for Defendant*
Sulaiman Law Group, LTD             633 West 5th Street, Suite 4000
2500 South Highland Ave., Suite 200   Los Angeles, CA 90071

Lombard, Illinois 60148
Phone: (630) 575-8181
nvolheim@sulaimanlaw.com

Phone: (213) 580-7933
Larissa.Nefulda@lewisbrisbois.com

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION**

JESSICA DANIELLE WILSON,

Plaintiff,

v.

ENHANCED RECOVERY
COMPANY, LLC,

Defendant.

Case No. 2:17-cv-14169-LJM-RSW

Honorable Judge Laurie J. Michelson

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, JESSICA DANIELLE WILSON ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court her Stipulation of Dismissal and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is dismissed, with prejudice.

Date: March 2, 2019

s/Laurie J. Michelson
United States District Judge